## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
## WHITE PLAINS DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., | Case No. 7:18-cv-04397-VB |
| Plaintiff, | |
| v. | JUDGMENT |
| IMTIYAZ SIDDIQI, individually and d/b/a Global Telecommunications and Global Communications, | |
| Defendant. | |

Pursuant to the Court's November 6, 2019 Order and Opinion (Doc. #57) granting Plaintiff DISH Network L.L.C.'s motion for partial summary judgment against Defendant Imtiyaz Siddiqi, the Court enters the following judgment against Defendant:

1. Judgment is entered in favor of Plaintiff on Count III and Count IV of the amended complaint for Defendant's contributory and vicarious trademark infringement.

2. Plaintiff is awarded $300,000 in damages against Defendant.

3. The remaining Counts of the amended complaint are dismissed without prejudice.

4. Plaintiff elected to forgo recovery of its reasonable attorney's fees and costs. Each party shall bear its own attorney's fees and costs incurred in this case.

5. Defendant is permanently enjoined from selling, offering for sale, or accepting payment for any product or service infringing on any of Plaintiff's DISH marks.

6. This Court retains jurisdiction over any matter pertaining to this judgment.

7. This case is closed and the Clerk shall remove it from the Court's docket.

Dated: 12/4/2019
White Plains, NY

SO ORDERED:

Vincent L. ~~Bricetti~~ Briccetti
United States District Judge